**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 217 WAL 2018

                       Respondent   :

                                         :   Petition for Allowance of Appeal from

                                         :   the Order of the Superior Court

                  v.                        :

                                         :

DEONTAE ALLEN MCDOWELL,          :

                  Petitioner   :


## ORDER


**PER CURIAM**

      **AND NOW**, this 27th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.